916

No. 152, Misc. WHITING *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 165, Misc. SPEDITZ *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 169, Misc. FLETCHER *v.* YOUNG ET UX. C. A. 4th Cir. Certiorari denied.

No. 170, Misc. WINSTON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 183, Misc. BISSON *v.* HOWARD, POST COMMANDER, ET AL. C. A. 5th Cir. Certiorari denied. *Stanley M. Rosenblum* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondents.

No. 185, Misc. RINGER *v.* MARONEY, ACTING WARDEN, ET AL. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 210, Misc. COLLINS *v.* WEBB, WARDEN. Supreme Court of California. Certiorari denied.

No. 216, Misc. PEDERSEN *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 217, Misc. GOODE *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.